UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS RIOS**,<br><br>                                    Petitioner,<br><br>v.<br><br>**KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; and CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center**,<br><br>                                    Respondents. | Case No.: 25-cv-2866-JES-VET<br><br>**ORDER GRANTING MOTION TO APPOINT COUNSEL**<br><br>[ECF No. 3] |

Before the Court is Petitioner's Motion for Appointment of Counsel. ECF No. 3. Petitioner moves for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2). *Id*. at 2. Under this statute, the district court may appoint counsel for an impoverished habeas petitioner seeking relief under 28 U.S.C. § 2241 whenever "the court determines that the interest of justice so require …" *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir. 1984) (quoting 18 U.S.C. § 3006A(g)). The Court "must evaluate both the likelihood of success

on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Rand v. Rowland*, 113 F.3d 1520 (9th Cir. 1997) (citations omitted).

    The Federal Defenders of San Diego, Inc., is ready and able to assist Petitioner in this matter. *See generally* ECF No. 3. Having carefully considered the arguments raised in Petitioner's motion, the Court finds that the appointment of counsel is appropriate in this case. The Court therefore **GRANTS** Petitioner's motion for appointment of counsel and **APPOINTS** Federal Defenders of San Diego, Inc. to represent him.

    IT IS SO ORDERED.

Dated: October 27, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge